UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**           )<br>                                                                    )<br>   **Plaintiff,**                                             )<br>                                                                    )<br>v.                                                               )    Case No. CR-22-211-G<br>                                                                    )<br>**WILLIAM LOUIS McCOLLUM,**             )<br>   a/k/a Darrick Lamont Smith,                    )<br>   a/k/a Derrick Lamonte Smith,                  )<br>   a/k/a Smith Derrick,                                 )<br>   a/k/a Darrick Laster,                                )<br>   a/k/a Derrick Lamont Laster,                   )<br>   a/k/a Damerio S. Lassiter,                       )<br>   a/k/a Mario Fisher,                                  )<br>   a/k/a Lassiter S. Deama,                         )<br>   a/k/a Lassiter S. Deamma,                      )<br>   a/k/a Marcus Dewany Smith,                  )<br>                                                                    )<br>   **Defendant.**                                          ) | |

## **ORDER**

Now before the Court is Plaintiff United States' unopposed Motion to Amend Indictment (Doc. No. 10). The United States requests that the style and body of the May 17, 2022 Indictment (Doc. No. 1) be amended, based upon Defendant's statements on the record during his arraignment, to reflect that Defendant's true name is Darrick Lamont Smith and that "William Louis McCollum" is an alias used by Defendant.

For good cause shown, and there being no objection by any party, and no dispute as to the identity of Defendant Darrick Lamont Smith, the unopposed Motion (Doc. No. 10) is GRANTED. *See, e.g.*, *United States v. Calderon-Rodriguez*, 811 F. Supp. 2d 561, 562 (D.P.R. 2011) (granting government's motion to amend indictment where correcting the

typographical error did not "affect[] the substance of the indictment or the crimes for which the defendant ha[d] been indicted"). The Court ORDERS that the Indictment shall be and is amended in the manner described to reflect that "Darrick Lamont Smith" is the identified Defendant and "William Louis McCollum" is an alias. The case caption in this matter shall be updated accordingly.

    IT IS SO ORDERED this 10th day of June, 2022.

*[signature]*
CHARLES B. GOODWIN
United States District Judge